

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Andrew J. Rauchberg
phone: 212-788-0889
fax: 212-788-0940
email: arauchbe@law.nyc.gov

May 22, 2007

**BY ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York  10007

      Re:   C.B. o/b/o Z.G. v. NYC Department of Education, 07-CV-3419

Dear Judge Hellerstein,

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorneys for the Department of Education in the case referenced above, in which the parent of a minor student seeks tuition reimbursement after unilaterally placing the student in a private school.

      I write to request that defendant's time to respond to the complaint be extended to June 19, 2007.  The original date to respond is May 22, 2007.  I have spoken with Neal H. Rosenberg, attorney for the plaintiff, and he has consented to this request.  This is the first such request the defendant has made.

      The requested adjournment should permit time for this office to fully investigate plaintiff's allegations and submit an appropriate response.  Accordingly, I respectfully request an enlargement of defendant's time to answer or move with respect to the complaint until June 19, 2007.

Thank you for your consideration of this request.

Respectfully submitted,

s/

Andrew J. Rauchberg (AR 2179)
Assistant Corporation Counsel

cc:  Neal Howard Rosenberg, Esq.
     Attorney for Plaintiff
     9 Murray Street, Suite 4 West
     New York, New York  10007