

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Andrew J. Rauchberg**
phone: 212-788-0889
fax: 212-788-0940
email: arauchbe@law.nyc.gov

June 19, 2007

**BY ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York  10007

      Re:  <u>C.B. o/b/o Z.G. v. NYC Department of Education</u>, 07-CV-3419

Dear Judge Hellerstein,

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorneys for the Department of Education in the case referenced above, in which the parent of a minor student seeks tuition reimbursement after unilaterally placing the student in a private school.

      I write to request that defendant's time to respond to the complaint be extended to July 10, 2007.  The original answer date was May 22, 2007.  The current date to respond is June 19, 2007, after Your Honor granted defendant's first extension request.  This is the second such request defendant has made.  I have spoken with Alexandra Hindes at Neal H. Rosenberg's office, attorneys for the plaintiff, and they have consented to this request.

      The requested adjournment should permit time for this office to complete its review of the record and plaintiff's allegations and to submit an appropriate response.  Accordingly, I respectfully request an enlargement of defendant's time to answer or move with respect to the complaint until July 10, 2007.

Thank you for your consideration of this request.

                        Respectfully submitted,

                        s/

                        Andrew J. Rauchberg (AR 2179)
                        Assistant Corporation Counsel

cc:    Neal Howard Rosenberg, Esq.
       Attorney for Plaintiff
       9 Murray Street, Suite 4 West
       New York, New York  10007