```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In the Matter of the Application of C.B. on behalf of
Z.G. her minor child,

                                      07 Civ. 3419 (AKH) (THK)

                        Plaintiff,

   -against-

DEPARTMENT OF EDUCATION OF THE CITY        **BRIEFING SCHEDULE**
OF NEW YORK,

                        Defendant.
------------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that:

1. ~~Plaintiff~~ *Both sides* will serve ~~a~~ Motion for Summary Judgment by September ~~14~~ 28, 2007.

2. ~~Defendant~~ *Both sides* will serve ~~its~~ opposition papers ~~to plaintiff's motion, and papers in support of its Cross-Motion for Disposition,~~ by October ~~12~~ 26, 2007.

3. ~~Plaintiff~~ *Both sides* will serve her ~~opposition~~ *reply* papers ~~to defendant's cross-motion and reply papers in further support of her motion,~~ if any, by ~~October 26,~~ *Nov. 16,* 2007.

Defendant will file a complete record (by CD at paper) of the proceeding before the State Hearing Officer by Aug 17, 2007

4. Defendant will serve its reply papers in further support of its cross-motion, if any, by November 9, 2007.

Dated:      New York, New York
            August 3, 2007

NEAL HOWARD ROSENBERG
Attorney for Plaintiff
9 Murray Street, Suite 4 West
New York, New York 10007
(212) 732-9450

By: _____
    NEAL HOWARD ROSENBERG
    (NHR 7827)

MICHAEL A. CARDOZO
Corporation Counsel for the
 City of New York
Attorney for Respondents
100 Church Street, Room 2-179
New York, New York 10007
(212) 788-0889

By: _____
    ANDREW J. RAUCHBERG (AR2179)
    Assistant Corporation Counsel

SO ORDERED: 8/3/07
_____
U.S.D.J.

2

Index No. 07 Civ. 3419

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of C.B. on behalf of Z.G. her minor child,

                Plaintiff,

-against-

DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

                Defendant.

**BRIEFING SCHEDULE**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Respondent*
*100 Church Street, Room 2-179*
*New York, N.Y. 10007*

*Of Counsel: Andrew J. Rauchberg*
*Tel: (212) 788-0889*
*NYCLIS No. 2007-015194*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................., 200......*

*.....................................................Esq.*

*Attorney for.................*