UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In the Matter of the Application of C.B. on behalf of
Z.G. her minor child,

                              Plaintiff,

    -against-

DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK,

                             Defendant.
-------------------------------------------------------------X

07 Civ. 3419 (AKH) (THK)

**REVISED BRIEFING SCHEDULE**

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/26/07]

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1. The parties will serve Summary Judgment Motions by October 5, 2007.
2. The parties will serve their opposition papers by November 2, 2007.
3. The parties will serve their reply papers by November 14, 2007.
4. Facsimile signatures on this document will be sufficient.

Dated:    New York, New York
           October 23, 2007

NEAL HOWARD ROSENBERG
Attorney for Plaintiff
9 Murray Street, Suite 4 West
New York, New York 10007
(212) 732-9450

By: _____
NEAL H. ROSENBERG (NHR7827)

MICHAEL A. CARDOZO
Corporation Counsel for the
 City of New York
Attorney for Respondents
100 Church Street, Room 2-179
New York, New York 10007
(212) 788-0889

By: _____
ANDREW J. RAUCHBERG (AR2179)

SO ORDERED: 10/25/07

_____
U.S.D.J.