THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Andrew J. Rauchberg**
phone: 212-788-0889
fax: 212-788-0940
email: arauchbe@law.nyc.gov

November 8, 2007

So ordered
11-14-07
[signature]

**BY HAND**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re: <u>C.B. o/b/o Z.G. v. NYC Department of Education</u>, 07-CV-3419

Dear Judge Hellerstein,

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorneys for the Department of Education in the case referenced above, in which the parent of a minor student seeks tuition reimbursement after unilaterally placing the student in a private school.

    I write to request that the date for the parties to serve their respective reply papers in connection with their simultaneous motions for summary judgment be extended from November 14, 2007 to November 21, 2007. This is the first such request defendant has made, though Your Honor granted two previous requests made by the parties to alter the briefing schedule. I have spoken with Stewart Karlin at Neal H. Rosenberg's office, attorneys for the plaintiff, and he has consented to this proposed change. A revised scheduling order is enclosed for Your Honor's review.

Thank you for your consideration of this request.

Respectfully submitted,

Andrew J. Rauchberg (AR 2179)
Assistant Corporation Counsel

cc:    Neal Howard Rosenberg, Esq.
       Stewart Karlin, Esq.
       Attorney for Plaintiff
       9 Murray Street, Suite 4 West
       New York, New York 10007
       (via fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In the Matter of the Application of C.B. on behalf of
Z.G. her minor child,

                            Plaintiff,

-against-

DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK,

                            Defendant.
---------------------------------------------------------------x

07 Civ. 3419 (AKH) (THK)

**REVISED BRIEFING SCHEDULE**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1. The parties will serve Summary Judgment Motions by October 5, 2007.

2. The parties will serve their opposition papers by November 2, 2007.

3. The parties will serve their reply papers by November 21, 2007.

4. Facsimile signatures on this document will be sufficient.

Dated:     New York, New York
           November 8, 2007

NEAL HOWARD ROSENBERG
Attorney for Plaintiff
9 Murray Street, Suite 4 West
New York, New York 10007
(212) 732-9450

By: _____
    NEAL H. ROSENBERG (NHR7827)

MICHAEL A. CARDOZO
Corporation Counsel for the
 City of New York
Attorney for Respondents
100 Church Street, Room 2-179
New York, New York 10007
(212) 788-0889

By: _____
    ANDREW J. RAUCHBERG (AR2179)

SO ORDERED:

_____
U.S.D.J.