UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In the matter of the Application of C.B., on behalf of Z.G., her minor child,

                             Plaintiff,

   -against-

DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

                            Defendant.
------------------------------------------------------------ x

**SUMMARY ORDER**

07 Civ. 3419 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On February 6, 2008, the parties appeared before me for oral argument on cross-motions for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure. For the reasons stated on the record, plaintiff's motion is denied and defendant's motion is granted. The Clerk shall mark the case as closed.

       SO ORDERED.

Dated:    February ___, 2008
            New York, New York

                                         ALVIN K. HELLERSTEIN
                                         United States District Judge