UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In the Matter of Application of C.B. on
behalf of Z.G. her minor child,

                         Plaintiff,

   -against-                         07 CV 3419 (AKH) (THK)

DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK,

                         Defendant.

------------------------------------------------------X

## NOTICE OF APPEAL

**NOTICE** is hereby given that plaintiff C.B. on behalf of Z.G. her minor child, in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order denying plaintiff's motion for summary judgment and granting defendant's motion for summary judgment entered in this action on the 8th day of February, 2008 and signed on February 9, 2008. ( See a true copy of the order attached as Exhibit "A")

Dated: New York, New York
       February 19, 2008

                                                     _____
                                                     NEAL H. ROSENBERG (NR 7827)
                                                     Attorney for Plaintiff
                                                     9 Murray Street, Suite 4W
                                                     New York, N.Y. 10007
                                                     (212) 732-9450

To:    Andrew J. Rauchberg, Ass't Corp. Counsel (AR 2179)
        Michael A. Cardozo
        Corp. Counsel of the City of New York
        Attorney for Defendant
        100 Church Street, Rm 2-179
        New York, New York, 10007
        (212) 788-0889